**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ALLSTATE INSURANCE COMPANY,**
**an Illinois Corporation, as Subrogee of**
**CATHERINE MARTINEZ and MARC GRIEGO,**

Plaintiff-Appellant,

v.                                                                          **NO. 28,886**

**CHEREE SANCHEZ,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**William C. Birdsall, District Judge**

Stevan J. Schoen, LLC
Stevan J. Schoen
Placitas, NM

for Appellant

Miller Stratvert P.A.
Kelsey Diane Green
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed,

and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**ROBERT E. ROBLES, Judge**